**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| JORGE ALBERTO MEDRANO-CORTEZ, | No. 09-70570 |
| Petitioner, | Agency No. A017-259-069 |
| v. | MEMORANDUM[*] |
| ERIC H. HOLDER, Jr., Attorney General, | |
| Respondent. | |

On Petition for Review of an Order of the
Board of Immigration Appeals

Submitted February 21, 2012[**]

Before:     FERNANDEZ, McKEOWN, and BYBEE, Circuit Judges.

Jorge Alberto Medrano-Cortez, a native and citizen of El Salvador, petitions

pro se for review of a Board of Immigration Appeals' order dismissing his appeal

from an immigration judge's removal order.  We dismiss the petition for review.

---

[*]     This disposition is not appropriate for publication and is not precedent
except as provided by 9th Cir. R. 36-3.

[**]     The panel unanimously concludes this case is suitable for decision
without oral argument.  See Fed. R. App. P. 34(a)(2).

We lack jurisdiction over this petition for review because Medrano-Cortez knowingly, intelligently, and voluntarily waived his right to appeal. *See United States v. Estrada-Torres*, 179 F.3d 776, 781 (9th Cir. 1999) ("Because the immigration judge explained the right to appeal to Estrada-Torres (with the other deportees) and individually asked him specifically if he wanted to appeal his deportation order, his waiver of his right to appeal was 'considered and intelligent.'"), *overruled on other grounds in United States v. Rivera-Sanchez*, 247 F.3d 905 (9th Cir. 2001); *See Joo v. INS*, 813 F.2d 211, 212 (9th Cir. 1987) (per curiam) ("A waiver of the right to appeal is a failure to exhaust administrative remedies.").

In light of our disposition, we need not reach Medrano-Cortez's remaining contentions.

**PETITION FOR REVIEW DISMISSED.**